

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-14-00756-CR

**THE STATE OF TEXAS**,
Appellant

v.

Courven Terrel **THOMAS**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-14-0533
Honorable Frank Follis, Judge Presiding

## O R D E R

The appellee's brief was originally due to be filed on May 18, 2015. On June 16, 2015, the appellee filed his first motion for extension of time, requesting that the time to file the brief be extended to July 15, 2015. We granted the motion. On July 15, 2015, the appellee filed his second motion for extension of time, requesting an extension of 14 days. We granted the motion and ordered that the brief be filed by July 29, 2015. On August 10, 2015, the appellee filed his third motion for extension of time, requesting that the time to file the brief be extended to August 24, 2015. The motion is GRANTED. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED. We ORDER the appellee to file his brief on or before August 24, 2015. THIS IS THE **FINAL** EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED. If the appellee's brief is not timely filed, we will set the appeal "at issue," and it will be set for submission without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court